## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARC PROPERTIES LLC

                          **v.**

CITY OF PHILADELPHIA, CITY OF
PHILADELPHIA DEPARTMENT OF
LICENSES AND INSPECTIONS, and
MANGUAL DEMOLITION, INC.

**CIVIL ACTION**

**NO.**   22-1436

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against MANGUAL DEMOLITION, INC.

for failure to plead or otherwise defend.


George Wylesol
Clerk of Court


By:_*Michele Helmer*_____
Deputy Clerk