IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARC Properties, LLC,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 22-1436 |

## ORDER

**AND NOW**, this 30th day of June 2025, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 28), Plaintiff's Response (ECF No. 30), and the City's Reply (ECF No. 31) it is **ORDERED** that the Motion is **GRANTED**.  Judgment is entered in favor of the City on all claims against it.  The City's Motions *in limine* (ECF Nos. 32 and 33) are **DENIED** as moot.

                 BY THE COURT:


                 ***/s/ Gerald J. Pappert***
                 Gerald J. Pappert, J.