IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARC PROPERTIES LLC,<br><br>       *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>       *Defendants.* | CIVIL ACTION<br>NO. 22-1436 |

### ORDER

**AND NOW**, this 26th day of September 2025, upon consideration of plaintiff AARC Properties LLC's Motion for Reconsideration (Dkt. No. 54), and Defendant City of Philadelphia's Response (Dkt. No. 56), and following oral argument (Dkt. No. 59), it is **ORDERED** that the Motion is **DENIED**.

                                                            BY THE COURT:


                                                            */s/ Gerald J. Pappert*
                                                            Gerald J. Pappert, J.